K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone: (408) 298-2000
Facsimile: (408) 298-6046

Attorneys for Plaintiff
Anthony Lerma

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LERMA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>A BITE OF WYOMING, INC., et al.,<br><br>　　　　　Defendants. | No. 5:10-cv-04895-PSG<br><br>**STIPULATION TO RESET DATE OF CASE MANAGEMENT CONFERENCE; DECLARATION OF TANYA E. MOORE; ORDER**<br><br>Current Date:　July 5, 2011<br>Proposed Date:　August 23, 2011 |

**WHEREAS**, the Court set a Case Management Conference for July 5, 2011 at 2:00 p.m.;

**WHEREAS**, counsel for Plaintiff Anthony Lerma ("Plaintiff") will be unavailable on the date set by the Court;

**WHEREAS,** no prior time modifications have been granted and no other deadlines set by the Court currently exist;

**IT IS HEREBY STIPULATED** by and between Plaintiff and Defendants A Bite of Wyoming, Inc.; S. Max Spurgeon and Esperanza J. Spurgeon, Trustees of the Spurgeon Living Trust ("Defendants"), by and through their respective counsel, that pursuant to Local Rule 6-2(a), the Case Management Conference currently set for July 5, 2011 be moved to August 23, 2011 at 2:00 p.m.

*Lerma v. A Bite of Wyoming, Inc., et al.*
Stipulation and Order Resetting Date of Case Management Conference; Decl. Tanya E. Moore
Page 1

| | |
|---|---|
| Date: May 19, 2011 | MOORE LAW FIRM, P.C. |
| | /s/ Tanya E. Moore |
| | Tanya E. Moore, |
| | Attorneys for Plaintiff Anthony Lerma |
| Date: May 19, 2011 | HOPKINS & CARLEY |
| | A Law Corporation |
| | /s/ Erik P. Khoobyarian |
| | Erik P. Khoobyarian, |
| | Attorneys for Defendants |
| | S. Max Spurgeon and Esperanza Spurgeon, Trustees of the Spurgeon Living Trust |
| Date: May 19, 2011 | BUSTAMANTE O'HARA GAGLIASSO |
| | /s/ Andrew V. Stearns |
| | Andrew V. Stearns, Attorneys for Defendant A Bite of Wyoming, Inc. |

### DECLARATION OF TANYA E. MOORE

I, Tanya E. Moore, hereby declare as follows:

1. I am an attorney duly licensed and admitted to practice before the Federal District Court, Northern District of California, and am a member of the Moore Law Firm, attorneys of record for Plaintiff Anthony Lerma in this action. I have personal knowledge of the following facts, and if called as a witness, I could and would competently testify thereto.

2. I will be on vacation on July 5, 2011, the date the Court set the Case Management Conference in this matter, and will not return until the end of July.

3. No other time modifications have been made in this matter;

4. Resetting the date of the Case Management Conference will delay any scheduling order the Court intends to issue by a little over one month.

*Lerma v. A Bite of Wyoming, Inc., et al.*
Stipulation and Order Resetting Date of Case Management Conference; Decl. Tanya E. Moore
Page 2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 19th day of May 2011 at San Jose, California.

/s/ Tanya E. Moore<br>
Tanya E. Moore

### ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the Case Management Conference be reset for August 23, 2011 at 2:00 p.m. in Courtroom 5, 4th Floor, San Jose, before Magistrate Judge Paul S. Grewal. All other dates set by the Court remain unchanged.

**IT IS SO ORDERED.**

Dated: May 20, 2011

_____
United States Magistrate Judge

*Lerma v. A Bite of Wyoming, Inc., et al.*
Stipulation and Order Resetting Date of Case Management Conference; Decl. Tanya E. Moore
Page 3