1  K. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone: (408) 298-2000
4  Facsimile:  (408) 298-6046

5  Attorneys for Plaintiff
   Anthony Lerma

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LERMA, | ) No.  5:10-cv-04895-PSG |
| Plaintiff, | ) **SECOND STIPULATION TO RESET DATE OF CASE MANAGEMENT CONFERENCE AND TO EXTEND TIME FOR MEDIATION; DECLARATION OF ERIK P. KHOOBYARIAN; ORDER** |
| vs. | |
| A BITE OF WYOMING, INC., et al., | |
| Defendants. | |

**WHEREAS**, the Parties have previously continued the case management conference from July 5, 2011 to August 23, 2011 in order to accommodate Plaintiff's counsel's vacation schedule;

**WHEREAS,** Plaintiff has not filed a Notice of Need for Mediation because the Parties are engaged in advanced settlement discussions and are optimistic that a settlement can be reached outside the court and the alternative dispute resolution process which would conserve both court resources and attorney fees and costs;

**WHEREAS,** the Parties have conducted a joint site inspection and Plaintiff has provided to Defendants the list of barriers he seeks to have removed.  Without admitting that they are required to remove any barriers or that any actual barriers exist, or that Plaintiff is entitled to any relief whatsoever, Defendants are evaluating the proposal, but are in the process of

*Lerma v. A Bite of Wyoming, Inc., et al.*
Stipulation and [Proposed] Order Resetting Date of Case Management Conference
Page 1

1  obtaining involved and complex bids from contractors to effect such remedial measures in order
2  to evaluate their feasibility.  Defendants anticipate that they will have all the information
3  needed to properly evaluate Plaintiff's proposal within thirty (30) days and the Parties
4  anticipate that it will take an additional thirty (30) days to complete settlement negotiations and
5  either settle this matter or make a determination that it must proceed to mediation and/or a case
6  management conference.

7  **WHEREAS**, for the reasons set forth above, the Parties seek to continue the date that a
8  notice of need for mediation must be filed to October 14, 2011, and that the date for the case
9  management conference be continued to a date after November 8, 2011.

10  **IT IS HEREBY STIPULATED** by and between Plaintiff Anthony Lerma and
11  Defendants A Bite of Wyoming, Inc.; S. Max Spurgeon and Esperanza J. Spurgeon, Trustees of
12  the Spurgeon Living Trust, by and through their respective counsel, that the last date for
13  Plaintiff to file a Notice of Need for Mediation be October 14, 2011 and that the case
14  management conference be continued to a date after November 8, 2011.

15  Date: August 4, 2011                                    MOORE LAW FIRM, P.C.

17                                                          /s/ Tanya E. Moore
                                                            Tanya E. Moore,
18                                                          Attorneys for Plaintiff Anthony Lerma

19  Date: August 4, 2011                                    HOPKINS & CARLEY
                                                            A Law Corporation
20

22                                                          /s/ Erik P. Khoobyarian
                                                            Erik P. Khoobyarian,
23                                                          Attorneys for Defendants
                                                            S. Max Spurgeon and Esperanza
24                                                          Spurgeon, Trustees of the Spurgeon
                                                            Living Trust
25

26  Date: August 4, 2011                                    BUSTAMANTE O'HARA GAGLIASSO

27
                                                            /s/ Andrew V. Stearns
28                                                          Andrew V. Stearns, Attorneys for
                                                            Defendant A Bite of Wyoming, Inc.

*Lerma v. A Bite of Wyoming, Inc., et al.*
Stipulation and [Proposed] Order Resetting Date of Case Management Conference
Page 2

**ORDER**

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the Case Management Conference be reset for November 1, 2011 at 2 p.m. in Courtroom 5, 4th Floor, San Jose, before Magistrate Judge Paul S. Grewal.

**IT IS FURTHER ORDERED** that plaintiff is to file a notice of need for mediation on or before October 14, 2011 should the matter not be dismissed in its entirety prior to that date.

**IT IS SO ORDERED.**


Dated: August 10, 2011                    _____
                                          United States Magistrate Judge

*Lerma v. A Bite of Wyoming, Inc., et al.*
Stipulation and [Proposed] Order Resetting Date of Case Management Conference
Page 3