1  K. Randolph Moore, SBN 106933
2  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
3  332 North Second Street
   San Jose, California 95112
4  Telephone: (408) 298-2000
   Facsimile: (408) 298-6046

5  Attorneys for Plaintiff
   Anthony Lerma

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| ANTHONY LERMA, | ) No. 5:10-CV-04895-PSG |
|---|---|
| Plaintiff, | ) **JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |
| vs. | |
| A BITE OF WYOMING, INC., et al., | |
| Defendants. | |

**WHEREAS**, the Case Management Conference in this matter is currently set for January 10, 2012;

**WHEREAS**, a mediation pursuant to General Order 56 in this matter is set for January 11, 2012;

**WHEREAS**, Plaintiff Anthony Lerma ("Plaintiff") and Defendants A Bite of Wyoming ("Bite of Wyoming"), S. Max Spurgeon and Esperanza Spurgeon, Trustees of the Spurgeon Living Trust ("Spurgeons") (Defendants Bite of Wyoming and Spurgeons are collectively referred to as "Defendants" and, together with Plaintiff, the "Parties") believe that both Court resources and attorney time and costs will be most effectively utilized if the Parties are given an opportunity to settle this matter through mediation prior to attending and preparing for a case management conference;

1    **NOW, THEREFORE**, the Parties respectfully request that the Court continue the case
2    management conference to a date after February 10, 2012 in order to afford the Parties the
3    opportunity to reach a settlement through mediation.

4    Dated:  December 21, 2011                                MOORE LAW FIRM, P.C.

5

6                                                                              /s/ Tanya E. Moore
                                                                                Tanya E. Moore
7                                                                              Attorneys for Plaintiff Anthony Lerma

8    Dated:  December 21, 2011                                BUSTAMANTE OHARA GAGLIASSO, P.C.

9

10                                                                            /S/ Andrew V. Stearns
                                                                                Andrew V. Stearns, Attorneys for
11                                                                            Defendant A Bite of Wyoming

12

13   Dated:  December 21, 2011                                HOPKINS & CARLEY
                                                                                A Law Corporation
14

15

16                                                                            /s/ Erik P. Khoobyarian
                                                                                Erik P. Khoobyarian, Attorneys for
17                                                                            S. Max Spurgeon and Esperanza Spurgeon,
                                                                                Trustees of the Spurgeon Living Trust
18

## ORDER

19   Upon request of the parties and good cause appearing,

20   **IT IS HEREBY ORDERED** that the case management conference currently set for
21   January 10, 2012 is continued to February 36, 2012 at 4:22'R((0 before Magistrate Paul S.
22   Grewal.  All parties are ordered to appear in Courtroom 5, 4th Floor of the United States
23   District Court, 280 South First Street, San Jose, California.  An updated joint case management
24   conference statement shall be filed no later than seven (7) days prior to the conference.
25

26   **IT IS SO ORDERED**.
27

28   Dated: "Fgego dgt"4; ."4233                              *[signature]* Paul S. Grewal
                                                                                United States Magistrate Judge