UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ANTHONY LERMA, | ) | Case No.: C 10-4895 PSG |
|---|---|---|
| Plaintiff, | ) | **STANDBY ORDER TO SHOW CAUSE** |
| v. | ) | |
| A BITE OF WYOMING, INC., et al., | ) | **(Re: Docket No. 29)** |
| Defendants. | ) | |

The court has been informed that the parties have reached a settlement agreement.

IT IS HEREBY ORDERED that the case management conference set for February 14, 2012 is vacated.

IT IS FURTHER ORDERED that the parties are required to file a stipulation of dismissal by February 24, 2012. If a stipulation of dismissal is not filed by that date, the parties shall appear on March 6, 2012 at 2 p.m. in Courtroom 5, 4th Floor of the San Jose Courthouse to show cause why this case should not be dismissed.

Failure to comply with this order may result in dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b).

Dated: 2/2/2012

PAUL S. GREWAL
United States Magistrate Judge

Case No.: 10-4895
ORDER