K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone: (408) 298-2000
Facsimile: (408) 298-6046

Attorneys for Plaintiff
Anthony Lerma

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

ANTHONY LERMA,                                )   No: 5:10-CV-04895-PSG
                                              )
            Plaintiff,                        )   **STIPULATION FOR DISMISSAL OF**
                                              )   **ACTION; [~~PROPOSED~~] ORDER**
      vs.                                     )
                                              )
A BITE OF WYOMING, INC., et al.,              )
                                              )
            Defendants.                       )
                                              )
                                              )
_____         )

      IT IS HEREBY STIPULATED by and between Plaintiff Anthony Lerma ("Plaintiff")

and Defendants A Bite of Wyoming, Inc., S. Max Spurgeon and Esperanza J. Spurgeon,

Trustees of the Spurgeon Living Trust ("Defendants"), by and through their respective counsel,

that pursuant to Federal Rule of Civil Procedure 41(a)(2), Defendants A Bite of Wyoming, Inc.,

S. Max Spurgeon and Esperanza J. Spurgeon, Trustees of the Spurgeon Living Trust be

dismissed with prejudice from this action.

      IT IS FURTHER STIPULATED between Plaintiff and Defendants that this case has

been settled as between them and all issues and controversies have been resolved to their

mutual satisfaction. Plaintiff and Defendants request the Court to retain jurisdiction to enforce

the terms of their settlement agreement under the authority of *Kokkonen v. Guardian Life Ins.*

*Co. of America,* 511 U.S. 375, 381-82 (1994).

Date: February 9, 2012                MOORE LAW FIRM, P.C.


/s/ Tanya E. Moore
Tanya E. Moore
Attorney for Plaintiff Anthony Lerma

Dated: February 9, 2012               BUSTAMANTE OHARA GAGLIASSO, P.C.


/s/ Andrew V. Stearns
Andrew V. Stearns, Attorneys for
Defendant A Bite of Wyoming


Dated: February 9, 2012               HOPKINS & CARLEY


/s/ Erik P. Khoobyarian
Erik P. Khoobyarian, Attorneys for
S. Max Spurgeon and Esperanza Spurgeon,
Trustees of the Spurgeon Living Trust


## <u>ORDER</u>

The parties having so stipulated,

**IT IS HEREBY ORDERED** as follows:

1.      Plaintiff Anthony Lerma and Defendants A Bite of Wyoming, Inc., S. Max Spurgeon and Esperanza J. Spurgeon, Trustees of the Spurgeon Living Trust shall comply with the terms of the confidential Settlement Agreement and Release in Full, the terms of which are incorporated herein by reference.

2.      By consent of Plaintiff Anthony Lerma and Defendants A Bite of Wyoming, Inc., S. Max Spurgeon and Esperanza J. Spurgeon, Trustees of the Spurgeon Living Trust, the Court shall retain jurisdiction in this matter for the purpose of enforcing the terms of the settlement

agreement.

3.      Except as provided for in paragraphs 1 and 2 above, A Bite of Wyoming, Inc., S. Max Spurgeon and Esperanza J. Spurgeon, Trustees of the Spurgeon Living Trust are dismissed with prejudice from this action.

**IT IS SO ORDERED.**

Datgf <Hedtwct{ '39.'4234         """Pael S. Aeunl

United States O ci kntcvg Judge